## C. J. MOZZOCHI *v.* DOUGLAS McNARY
### (6014)

BORDEN, SPALLONE and FOTI, Js.

Argued April 6—decision released April 21, 1988

*C. J. Mozzochi,* pro se, the appellant (plaintiff).

*Christopher M. Hodgson,* for the appellee (defendant).

PER CURIAM. After our plenary analysis of the record, transcripts and briefs submitted with this appeal

and after affording the plaintiff's claims of error the appropriate scope of review, we determine that the factual findings of the trial court are not clearly erroneous and that its decision conformed to the applicable law. Practice Book § 4061.

Further, the defendant's request for sanctions, pursuant to Practice Book § 2036 (5), is denied.

There is no error.